UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 13-11 JVS (RNBx) | Date January 17, 2013 |
| Title Dane-Elec Corp., USA v. Digibras Industrial do Brasil, S.A. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

    X   Complaint, filed January 3, 2013

        Notice of Removal ("Notice")

by Dane-Elec Corp., USA ("Dane-Elec").

The initial pleading invokes jurisdiction in this Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, ¶ 8.) Jurisdiction on this basis requires complete diversity.

The following parties to the action are alleged to be a limited liability companies ("LLCs"):

Digiboard Eletronica da Amazonia LTDA.

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 13-11 JVS (RNBx)                                  Date  January 17, 2013

Title  Dane-Elec Corp., USA v. Digibras Industrial do Brasil, S.A.

      Dane-Elec is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

**A failure to respond may result in dismissal for lack of jurisdiction.**

    :    00

Initials of Preparer    kjt